IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTT SNYDER, et al., *On Behalf of Themselves and All Others Similarly Situated Plaintiffs* | Case No. 4:23-cv-00344 |
| | JUDGE DAVID A. RUIZ |
| Plaintiffs, | CONSENT AND ORDER TO TRANSFER |
| v. | |
| NORFOLK SOUTHERN RAILWAY CO., et al., | |
| Defendants. | |

Pursuant to Local Rule 3.1(b)(3), a case may be reassigned as related to an earlier assigned case with the concurrence of both the transferor and transferee judges. The undersigned transferor and transferee judges consent to the transfer. The above captioned case is transferred to the docket of Judge Benita Y. Pearson, U.S. District Court for the Northern District of Ohio, as related to Case No. 4:23-cv-00242.

IT IS SO ORDERED.

Date: March 2, 2023

/s/ *David A. Ruiz*
David A. Ruiz
United States District Judge
Transferor Judge


s/ *Benita Y. Pearson*
Benita Y. Pearson
United States District Judge
Transferee Judge